**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Miller, Bryan F.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Miller, Melanie R.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Melanie Rose Chorney** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**1284** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**0472** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7740 Springhaven Drive**<br>**Holland, OH 43528** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**7740 Springhaven Drive**<br>**Holland, OH 43528** |
| County of Residence or of the<br>Principal Place of Business: **Lucas** | County of Residence or of the<br>Principal Place of Business: **Lucas** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☑ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business  ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☐ | 100-199 ☑ | 200-999 ☐ | 1000-over ☐ | | |
|---|---|---|---|---|---|---|---|---|

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)**Bryan F. Miller, Melanie R. Miller** | |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Bryan F. Miller**
_____
Signature of Debtor

X   **/s/ Melanie R. Miller**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**4/15/04**
_____
Date

### Signature of Attorney

X   **/s/ Steven M. Burke**
_____
Signature of Attorney for Debtor(s

**Steven M. Burke,  0001187**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Lydy & Moan**
_____
Firm Name

**4930 Holland-Sylvania Road  Sylvania, OH  43560**
_____
Address

**419-882-7100**                **419-882-7201**
_____
Telephone Number

**4/15/04**
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10Kand 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ Steven M. Burke**             **4/15/04**
_____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐     Yes, and Exhibit C is attached and made a part of this petition.

☑     No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X   **Not Applicable**
_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Form B6**
**(6/90)**

# United States Bankruptcy Court
# Northern District of Ohio

In re **Bryan F. Miller** **Melanie R. Miller** Case No.

Chapter **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 165.000.00 | | |
| B - Personal Property | YES | 3 | $ 33,980.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 171.000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 51,512.90 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 21 | | $ 71.917.33 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,984.50 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 6,020.00 |
| Total Number of sheets in ALL Schedules ➢ | | 34 | | | |
| Total Assets ➢ | | | $ 198,980.00 | | |
| Total Liabilities ➢ | | | | $ 294,430.23 | |

FORM B6A
(6/90)

In re:  **Bryan F. Miller**                **Melanie R. Miller**                ,      **Case No.** _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **7740 Spring Haven Holland, Ohio  43528** | **Fee Owner** | **J** | **$ 165,000.00** | **$ 142,000.00** |
| | Total ➤ | | **$ 165,000.00** | |

(Report also on Summary of Schedules.)

In re   **Bryan F. Miller**                    **Melanie R. Miller**              `        **Case No.**
                        **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | **80.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Charter One Bank** | W | **200.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **National City Bank** | H | **400.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household Goods** | J | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. Wearing Apparel** | J | **1,500.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re  **Bryan F. Miller**          **Melanie R. Miller**          `          **Case No.**  _____
          **Debtor**                                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Cadillac Catera** | **W** | **9,000.00** |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Jeep Liberty** | **H** | **20,000.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| | | | | |

**In re**   **Bryan F. Miller**       **Melanie R. Miller**     ,   **Case No.**                      
               **Debtor**                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | | **Misc. Property** | **J** | **800.00** |

         <u> 2 </u>    continuation sheets attached              Total    ➢    **$ 33,980.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Bryan F. Miller**                    **Melanie R. Miller**                    , **Case No.** _____

                    Debtor.                                                                **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).    **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **2003 Jeep Liberty** | **R.C. § 2329.66(A)(2)** | 1,000.00 | 20,000.00 |
| **7740 Spring Haven Holland, Ohio  43528** | **R.C. § 2329.66(A)(1)** | 10,000.00 | 165,000.00 |
| **Cash** | **R.C. § 2329.66(A)(4)(a)** | 800.00 | 80.00 |
| **Charter One Bank** | **R.C. § 2329.66(A)(4)(a)** | 200.00 | 200.00 |
| **Misc. Household Goods** | **R.C. § 2329.66(A)(4)(b)** | 2,000.00 | 2,000.00 |
| **Misc. Property** | **R.C. § 2329.66(A)(18)** | 800.00 | 800.00 |
| **Misc. Wearing Apparel** | **R.C. § 2329.66(A)(3)** | 1,500.00 | 1,500.00 |
| **National City Bank** | **R.C. § 2329.66(A)(4)(a)** | 400.00 | 400.00 |

FORM B6D
(12/03)

**In re:** **Bryan F. Miller**          **Melanie R. Miller**          ,          **Case No.** _____

                         Debtor                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Chrysler Financial**<br>**PO Box 215437**<br>**Auburn Hills MI 48321** | X | | **07/15/2003**<br>**Security Agreement**<br>**2003 Jeep Liberty**<br>_____<br>**VALUE $20,000.00** | | X | | **20,000.00** | **0.00** |
| ACCOUNT NO.   **723-90-24867**<br>**Drive Financial Services, LP**<br>**P.O. Box 660633**<br>**Dallas, TX 75266-0633** | | W | **11/02/2003**<br>**1999 Cadillac Catera**<br>_____<br>**VALUE $9,000.00** | | X | | **9,000.00** | **0.00** |
| ACCOUNT NO.   **8123022041**<br>**Fairbanks Capital Corp.**<br>**Loan Servicing Center**<br>**PO Box 551170**<br>**Jacksonville, FL  32255-1170** | | | **First Lien on Residence**<br>**7740 Spring Haven**<br>**Holland, Ohio  43528**<br>_____<br>**VALUE $165,000.00** | | X | | **142,000.00** | **0.00** |

<u>0</u> Continuation sheets attached

| | |
|---|---|
| **Subtotal** ➤<br>(Total of this page) | **$171,000.00** |
| **Total** ➤<br>(Use only on last page) | **$171,000.00** |

(Report total also on Summary of Schedules)

Form B6E
(12/03)

In re **Bryan F. Miller** **Melanie R. Miller** , Case No.

<span style="text-align:center">Debtor</span> (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u>  Continuation sheets attached

Form B6E - Cont.
(12/03)

In re **Bryan F. Miller**        **Melanie R. Miller**   ,    Case No. _____
          Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **P00-537-7341**<br>**BGSU**<br>**Office of the Bursar**<br>**P.O. Box 993**<br>**Bowling Green, OH 43402-0993** | | W | **11/08/2003**<br>**Education Expenses** | X | | | 3,866.32 | 0.00 |
| ACCOUNT NO. **401827786047201**<br>**EDUSRV/SPU**<br>**PO Box 3176**<br>**Winston-Salem, NY 27102** | | W | **10/01/1995**<br>**Student Loan** | X | | | 2,500.00 | 2,500.00 |
| ACCOUNT NO. **2750399**<br>**Enterprise Recovery Systems, Inc.**<br>**2400 South Wolf Road**<br>**Suite 200**<br>**Westchester, IL 60154** | | | **09/01/2003**<br>**Seattle Pacific University** | X | | | 5,044.00 | 5,044.00 |
| ACCOUNT NO. **2750295**<br>**Enterprise Recovery Systems, Inc.**<br>**2400 South Wolf Road**<br>**Suite 200**<br>**Westchester, IL 60154** | | W | **09/29/2003**<br>**Student Loan**<br>**Seattle Pacific University** | X | | | 19,170.58 | 19,170.58 |
| ACCOUNT NO. **5992**<br>**Medical College of Ohio**<br>**Student Accounts Office**<br>**3045 Arlington Avenue**<br>**Toledo, OH 43614-5805** | | W | **08/27/2003**<br>**Tuition/Health Insurance** | X | | | 1,817.00 | 0.00 |
| ACCOUNT NO. **4277860472**<br>**NW Education Loans**<br>**190 Queen Anne Ave N**<br>**Seattle WA 98109** | | W | **09/01/2000**<br>**Washington Mutual Bank VA**<br>**Student Loan** | | | | 6,315.00 | 6,315.00 |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Total of this page) ➢    **$38,712.90**

Total ➢
**(Use only on last page of the completed Schedule E.)**
(Report total also on Summary of Schedules)

Form B6E - Cont.
(12/03)

In re   **Bryan F. Miller**        **Melanie R. Miller**      ,     Case No.               

              Debtor                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ray T. Kest, Treasurer**<br>**Lucas County**<br>**One Govern Ctr., Ste. 500**<br>**Toledo, OH  43604** | | J | **Taxes for 7740 Spring Haven Drive**<br>**Holland, OH  43528** | | X | | **9,300.00** | **0.00** |
| ACCOUNT NO.  **277860472101F**<br>**Salle Mae erd Pty LSC**<br>**1002 Arthur Dr.**<br>**Lynn Haven, FL  32444** | | W | **03/01/1997**<br>**Student Loan** | | X | | **3,500.00** | **3,500.00** |

Sheet no. 2 of 2 sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | ➤ | **$12,800.00** |
| Total<br>**(Use only on last page of the completed Schedule E.)** | ➤ | **$51,512.90** |

(Report total also on Summary of Schedules)

04-32970-maw    Doc 1    FILED 04/15/04    ENTERED 04/15/04 10:34:04    Page 12 of 62

Form B6F (12/03)

In re **Bryan F. Miller**        **Melanie R. Miller**       , Case No. _____

              **Debtor**                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **470000042741199** <br><br> **A &T Wireless** <br> **PO Box 8758** <br> **Portland OR 97207** | | H | **05/01/1999** <br> **Phone Service** | | X | | **390.00** |
| ACCOUNT NO. **39081518920201** <br><br> **A T & T Credit Mgmt.** <br> **PO Box 57907** <br> **Murray UT 84157** | | H | **09/01/2003** <br> **Misc. Purchases** | | X | | **26.00** |
| ACCOUNT NO. **11997168** <br><br> **Arrow Financial Serv.** <br> **5996 W. Touhy Ave** <br> **Niles, IL 60714** | | H | **07/01/2002** <br> **AFS Assignee of First Premi** | | X | | **721.00** |
| ACCOUNT NO. **328717756** <br><br> **Asset Acceptance LLC** <br> **P.O. Box 318035** <br> **Cleveland, OH 44131-8035** | | W | **10/21/2003** <br> **World Financial WFNNB/Express** | | X | | **2,068.00** |
| ACCOUNT NO. **5874778** <br><br> **Asset Acceptance LLC** <br> **PO Box 318035** <br> **Cleveland, OH  44131** <br> **Bloomington, IL 61702-3427** | | | **12/31/2003** <br> **Express** | | X | | **630.00** |

     20   Continuation sheets attached

Subtotal ➤     **$3,835.00**

Total ➤

Form B6F - Cont.
(12/03)

**In re**    **Bryan F. Miller**          **Melanie R. Miller**       ,    **Case No.** _____
                **Debtor**                                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **46210120116425** <br><br> **Associate/Citifiancial** <br> **110 Lake Drive** <br> **Newark, DE 19702** | | H | **03/04/2004** <br><br> **Credit Card** | | X | | **446.00** |
| ACCOUNT NO. **6512739** <br><br> **Bennet & DeLoney P.C.** <br> **PO Box 190** <br> **Midvale UT 84047-1090** | | W | **10/06/2003** <br><br> **Lowe's Companies NSF Check** | | X | | **60.67** |
| ACCOUNT NO. **23778033658** <br><br> **BFI Waste System** <br> **5151 Monroe St.** <br> **Toledo, OH 43623** | | H | **01/01/2004** <br><br> **Waste Collection** | | X | | **42.00** |
| ACCOUNT NO. **32877** <br><br> **Blanchard** <br> **P.O. Box 1100** <br> **Holland, OH 43528** | | H | **01/05/2004** <br><br> **Lawn Applications** | | X | | **319.93** |
| ACCOUNT NO. **2186484** <br><br> **Buckeye CableSystems** <br> **5566 Southwyck Blvd.** <br> **Toledo, OH 43614** | | | **12/29/2003** <br><br> **Cable Services** | | X | | **884.76** |

Sheet no. <u>1</u> of <u>20</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)     **$1,753.36**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re** **Bryan F. Miller** **Melanie R. Miller** , **Case No.** _____
           **Debtor**                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9690072**<br><br>**CAMCO**<br>**P.O. Box 5087**<br>**Rockford, IL 61125** | | W | **10/07/2003**<br><br>**Chase Manhattan Bank** | | X | | **1,445.00** |
| ACCOUNT NO. **032086C0020660**<br><br>**Carefree Irrigation Inc.**<br>**4220 Weckery Rd.**<br>**Moncolva, OH 43542** | | | **01/02/2004**<br><br>**Services** | | X | | **81.00** |
| ACCOUNT NO. **2743688440**<br><br>**CBCS**<br>**236 E. Town St.**<br>**Columbus, OH 43215** | | W | **01/01/2004**<br><br>**Columbia Bas - Toledo** | | X | | **557.00** |
| ACCOUNT NO. **020330204080**<br><br>**CBCS**<br>**PO Box 1838**<br>**Columbus, OH 43216-1838** | | W | **11/14/2003**<br><br>**Marco's Pizza NSF** | | X | | **43.00** |
| ACCOUNT NO. **020408604260**<br><br>**CBSC**<br>**PO Box 1838**<br>**Columbus, OH 43216-1838** | | H | **03/29/2004**<br><br>**Marco's Pizza NSF** | | X | | **44.14** |

Sheet no. 2 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢
(Total of this page)

**$2,170.14**

**Total** ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Bryan F. Miller**                    **Melanie R. Miller**                    .   Case No. _____
        **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **15344786**<br><br>**Certegy Payment Recover Services, Inc.**<br>**11601 Roosevelt Blvd.**<br>**St. Petersburg, FL  33716** | | W | **06/24/2003**<br><br>**Myrtle Beach Harley - NSV Check** | | X | | 30.00 |
| ACCOUNT NO.  **13982078**<br><br>**CFC Financial LLC**<br>**PO Box 2038**<br>**Warren MI 48090** | | W | **08/01/2003**<br><br>**SBC Ohio** | | X | | 182.00 |
| ACCOUNT NO.  **4198686610465**<br><br>**CFC Financial LLC**<br>**P.O. Box 318038**<br>**Cleveland, OH 44131-8038** | | H | **01/07/2004**<br><br>**SBC OHIO** | | X | | 699.24 |
| ACCOUNT NO.  **2020920425**<br><br>**Childrens Hospital**<br>**236 E. Town St.**<br>**Columbus, OH  43215** | | H | **01/01/2004**<br><br>**Misc. Medical Expenses** | | X | | 106.00 |
| ACCOUNT NO.  **6223635**<br><br>**Collection Company**<br>**700 Longwater Dr.**<br>**Norwell MA 02061** | | H | **11/01/2003**<br><br>**SBC Ameritech** | | X | | 281.00 |

Sheet no. 3 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  **$1,298.24**

Total ➤
**(Use only on last page of the completed Schedule F.)**

04-32970-maw    Doc 1    FILED 04/15/04    ENTERED 04/15/04 10:34:04    Page 16 of 62

Form B6F - Cont.
(12/03)

**In re**   **Bryan F. Miller**                    **Melanie R. Miller**                    ,   **Case No.** _____
                          **Debtor**                                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6223635**<br><br>**Collecto/Credit PAC**<br>**P.O. Box 608**<br>**Tinley Park, IL 60477-0608** | | H | **09/18/2003**<br><br>**SBC-Ameritech-Ohio** | | X | | **280.67** |
| ACCOUNT NO.  **00-565-202775-02-01**<br><br>**Dept. of Public Utilities**<br>**Ohio Building**<br>**420 Madison Ave. Ste. 100**<br>**Toledo, OH 43667-0001** | | H | **12/10/2003**<br><br>**Water & Sewer Service** | | X | | **487.44** |
| ACCOUNT NO.  **8501858**<br><br>**Emergency Medi**<br>**5620 Southwyck Blvd.**<br>**Toledo, OH  43614** | | H | **05/01/2002**<br><br>**Misc. Medical Expenses** | | X | | **135.00** |
| ACCOUNT NO.  **TOL 116195**<br><br>**Emergency Phys. of NW Ohio**<br>**P.O. Box 1397**<br>**Toledo, OH 43603-1397**<br>**Toledo, OH 43635-1297**<br><br>**Finance Systems of Toledo, Inc.**<br>**2821 N. Holland-Sylvania**<br>**PO Box 351297**<br>**Toledo, OH  43635** | | H | **08/13/2003**<br><br>**Toledo Hospital Emerg. Dept. Visit** | | X | | **181.00** |
| ACCOUNT NO.  **1215945**<br><br>**ER Solutions**<br>**500 SW 7th St.**<br>**Renton, Wa 98055** | | H | **07/01/1998**<br><br>**IMCO** | | X | | **521.00** |

Sheet no. _4_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  
(Total of this page)

**Total**  ➢  
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| **$1,605.11** | |
| | |

Form B6F - Cont.
(12/03)

In re **Bryan F. Miller**      **Melanie R. Miller** , Case No. _____

       **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2002828** <br><br> **Finance System of Toledo, Inc.** <br> **2821 N. Holland-Sylvania Rd.** <br> **P.O. Box 351297** <br> **Toledo, OH 43635-1297** | | H | **07/31/2003** <br><br> **Professional Emerg. Serv.** | | X | | **85.30** |
| ACCOUNT NO. **359885-0** <br><br> **Finance Systems of Toledo, Inc.** <br> **2821 N. Holland-Sylvania Rd.** <br> **Toledo, Ohio 43615** | | W | **03/25/2004** <br><br> **Land Art, Inc.  $362.78** <br> **Emerg Phys $181.00** | | X | | **543.78** |
| ACCOUNT NO. **04428-7** <br><br> **Finance Systems of Toledo, Inc.** <br> **2821 N. Holland-Sylvania Rd.** <br> **Toledo, Ohio 43615** | | H | **10/27/2003** <br><br> **Ken's Flower Shops** | | X | | **196.46** |
| ACCOUNT NO. **K80277** <br><br> **First Federal Credit Control, Inc.** <br> **24700 Chagrin Blvd., - Suite 205** <br> **Cleveland, OH  44122-5662** | | W | **10/28/2003** <br><br> **Giant Eagle - NSF** | | X | | **88.89** |
| ACCOUNT NO. **20606290** <br><br> **First National Collection Bureau, Inc.** <br> **3631 Warren Way** <br> **Reno, NV 89509** | | H | **07/23/2003** <br><br> **Direct TV** | | X | | **112.80** |

Sheet no. 5 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢
(Total of this page)

**$1,027.23**

Total ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re**   **Bryan F. Miller**       **Melanie R. Miller**       .    **Case No.** _____

           **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **11206420** <br><br> **Flower Hopsital** <br> **5620 Southwyck Blvd.** <br> **Toledo, OH 43614** | | H | **01/01/2004** <br><br> **Misc. Medical Expenses** | | X | | **50.00** |
| ACCOUNT NO. **PNC1BU90011295226** <br><br> **General Audit Corp.** <br> **2244 Banton Rouge** <br> **Lima, OH 45805** | | W | **02/01/2000** <br><br> **Buckeye Cablevision** | | X | | **180.00** |
| ACCOUNT NO. **7850012145/1879800** <br><br> **Imperial Collection Services** <br> **PO Box 369** <br> **Concord, CA 94522** | | H | **04/01/2004** <br><br> **WFS Financial** | | X | | **5,130.33** |
| ACCOUNT NO. **383971-5** <br><br> **James S. Nowak** <br> **Counselor at Law** <br> **4808 N. Summit St.** <br> **Toledo, OH 43611-2858** | | | **03/29/2004** <br><br> **Various Accounts** | | | | **543.78** |
| ACCOUNT NO. **2458316** <br><br> **JBC & Associates** <br> **2 Borad St. Fl 6** <br> **Bloomfield NJ 07003** | | H | **07/01/2003** <br><br> **Toys R Us** | | X | | **349.00** |

Sheet no. 6 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ➢ <br> (Total of this page)      **$6,253.11**

Total   ➢ <br> **(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **Bryan F. Miller**       **Melanie R. Miller**       .    Case No. _____

              **Debtor**                                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Cu2173**<br><br>JBC Legal Group, P.C.<br>2 Broad Street 6th Floor<br>Bloomfield NJ 07003-2550 | | | 03/29/2004<br><br>NCF<br>Ann Taylor | | X | | 333.31 |
| ACCOUNT NO. **Cu2172**<br><br>JBC Legal Group, P.C><br>2 Broad Street 6th Floor<br>Bloomfield, NJ 07003-2550 | | | 03/29/2004<br><br>NSF Charges<br>Dolcis 54 | | X | | 76.55 |
| ACCOUNT NO. **Cu2171**<br><br>JBC Legal Group, PC<br>2 Broad Street 6th Floor<br>Bloomfield, NJ 07003-2550 | | | 03/29/2004<br><br>NCF<br>Gap Kids<br>TJ Maxx | | X | | 159.97 |
| ACCOUNT NO. **2438022**<br><br>JP Recovery Services, Inc.<br>P.O. Box 16749<br>Rocky River, OH 44116-0749 | | H | 09/04/2003<br><br>Checksmart | | X | | 600.00 |
| ACCOUNT NO. **48307450**<br><br>Kmart Recovery Services<br>PO Box 8130<br>Palatine, IL 60078-8130 | | H | 09/19/2003<br><br>NSF Check Service Fee | | X | | 30.00 |

Sheet no. _7_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal  ➢      **$1,199.83**
                       (Total of this page)

                                  Total  ➢

**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re**  **Bryan F. Miller**               **Melanie R. Miller**               .  **Case No.** _____

         **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4901030113** <br><br>**Marco's** <br>**236 E. Town St.** <br>**Columbus, OH  43215** | | H | **03/01/2001** <br><br>**Pizza** | | X | | **44.00** |
| ACCOUNT NO. **3FZ72603** <br><br>**MCI Residential Service** <br>**P.O. Box 17890** <br>**Denver, CO 80217-0890** <br><br><br>**Progressive Management Systems** <br>**PO Box 2220** <br>**West Covina, CA 91793-9917** | | W | **12/27/2003** <br><br>**Telephone Service** | | X | | **777.46** |
| ACCOUNT NO. **1125105** <br><br>**Mead & Associates, Inc.** <br>**737 Enterprise Dr.** <br>**Westerville, OH  43081-8885** | | W | **03/23/2004** <br><br>**Kroger's NSF** | | X | | **176.51** |
| ACCOUNT NO. **974771** <br><br>**Meijer, Inc.** <br>**P.O. Box 3638** <br>**Grand Rapids, MI 49501-3638** | | W | **04/01/2003** | | X | | **266.00** |
| ACCOUNT NO. **9747326** <br><br>**Meijer, Inc.** <br>**P.O. Box 3638** <br>**Grand Rapids, MI 49501-3638** | | W | **04/01/2003** | | X | | **254.00** |

Sheet no. 8 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

**Total** ➤
**(Use only on last page of the completed Schedule F.)**

**$1,517.97**

Form B6F - Cont.
(12/03)

In re **Bryan F. Miller**      **Melanie R. Miller**      ,    Case No. _____
       **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **58856**<br><br>**Merchants ME<br>PO Box 7416<br>Bellevue WA 98088** | | W | **10/01/1997**<br><br>**Valley Hospital** | | X | | **704.00** |
| ACCOUNT NO. **288363489**<br><br>**Microsoft<br>P.O. Box 12609<br>Tucson, AZ 85732-2609** | | H | **10/28/2003**<br><br>**OnLine Service** | | X | | **65.85** |
| ACCOUNT NO. **58856**<br><br>**Midland Credit Mgmt<br>5775 Roscoe Ct.<br>Sandiego, CA 92123** | | W | **05/01/2003**<br><br>**Providian National Bank** | | X | | **698.00** |
| ACCOUNT NO. **32086C0020660**<br><br>**National Revenue Corp.<br>PO Box 182965<br>Columbus, OH 43218** | | W | **03/01/2004**<br><br>**Fifth Third Bank** | | X | | **147.00** |
| ACCOUNT NO. **F2867246**<br><br>**Northland Group Inc.<br>P.O. Box 390846<br>Edina, MN 55439** | | H | **10/30/2003**<br><br>**Citibank** | | X | | **889.13** |

Sheet no. 9 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal ➢        **$2,503.98**
                   (Total of this page)

                   **Total** ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re **Bryan F. Miller**      **Melanie R. Miller** , Case No. _____

    **Debtor**                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **49990060036** <br><br>**Papa John**<br>**236 E. Town St.**<br>**Columbus, OH 43215** | | H | **02/01/1999**<br><br>**Pizza** | | X | | **40.00** |
| ACCOUNT NO. **004929** <br><br>**Paul S. Kozy DDS**<br>**3349 Executive Pkwy.**<br>**Toledo, OH 43606** | | W | **11/12/2003**<br><br>**Dental Services** | | X | | **130.00** |
| ACCOUNT NO. **OD8941648** <br><br>**PGAC of OHIO**<br>**P.O. Box 305076**<br>**Nashville, TN 37230-5076** | | J | **01/04/2004**<br><br>**Personal Automobile Policy** | | X | | **1,939.16** |
| ACCOUNT NO. **238040002002828** <br><br>**Professional Em**<br>**2821 N. Holland Sylvania Rd.**<br>**Toledo OH 43635** | | H | **01/01/2003**<br><br>**Medical Expenses** | | X | | **149.00** |
| ACCOUNT NO. **FH0437687** <br><br>**Promedica Central Physicians**<br>**P.O. Box 742518**<br>**Cincinnati, OH 45274-2518** | | W | **08/20/2003**<br><br>**Office Visit for Misc. Medical Expenses** | | X | | **116.00** |

Sheet no. 10 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)      **$2,374.16**

Total ➢

**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re**  **Bryan F. Miller**          **Melanie R. Miller**          .   **Case No.** _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7359068**<br>**Promedica Physicians**<br>**5855 Monroe St.**<br>**Sylvania, OH  43560** | | H | **09/01/2001**<br>**Misc. Medical Expenses** | | X | | **233.00** |
| ACCOUNT NO. **9192425**<br>**Promedica Physicians**<br>**5855 Monroe St.**<br>**Sylvania, OH  43560** | | W | **11/01/2002**<br>**Misc. Medical Expenses** | | X | | **175.00** |
| ACCOUNT NO. **0300481627**<br>**Providian Financial**<br>**PO Box 9180**<br>**Pleasanton CA 94566** | | W | **06/01/1998**<br>**Credit Card** | | X | | **655.00** |
| ACCOUNT NO. **2557339**<br>**Puget Sound Ene**<br>**500 SW 7th St.**<br>**Renton WA  98055** | | W | **07/01/1998** | | X | | **222.00** |
| ACCOUNT NO.<br>**Richard F. Michalak**<br>**316 N. Michigan St., Ste. 325**<br>**Toledo, OH 43624-1627** | | H | **11/10/2003**<br>**Glen Fausz DDS** | | X | | **64.00** |

Sheet no. 11 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)     **$1,349.00**

**Total** ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re   **Bryan F. Miller**               **Melanie R. Miller**        ,    Case No.                     

                  **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **01-7221350-602**<br><br>**Richard R. Della Croce, Esq.**<br>**PO Box 1067**<br>**Orland Park, IL 60462** | | W | **03/29/2004**<br><br>**Dellard's Departament Stores** | | X | | **298.76** |
| ACCOUNT NO.  **62334121030**<br><br>**Risk Management Alternatives, Inc.**<br>**1500 Commerce Drive**<br>**Mendota Heights, MN 55120** | | H | **11/07/2003**<br><br>**AT&T Long Distance**<br>**Ref#3908151890201** | | X | | **26.77** |
| ACCOUNT NO.  **11915951**<br><br>**Risk Management Alternatives, Inc.**<br>**2420 Sweethome Rd., Ste. 150**<br>**Amherst, NY 14228-9516** | | H | **10/23/2003**<br><br>**Citibank #4271382520161346** | | X | | **5,968.61** |
| ACCOUNT NO.  **11884658**<br><br>**Risk Management Alternatives, Inc.**<br>**2420 Sweethome Rd., Ste. 150**<br>**Amherst, NY 14228-9516** | | H | **09/01/2003**<br><br>**Citibank #4128002421731238** | | X | | **2,987.95** |
| ACCOUNT NO.  **14939654/3185069**<br><br>**Salvatore Spinelle, Esq.**<br>**135 Maxess Rd. Suite 2B**<br>**Melville NY 11747** | | W | **02/09/2004**<br><br>**Certegy Check Services** | | X | | **72.42** |

Sheet no. 12 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ➤
(Total of this page)

**Total**   ➤
**(Use only on last page of the completed Schedule F.)**

| |
|---|
| **$9,354.51** |
| |

Form B6F - Cont.
(12/03)

**In re** **Bryan F. Miller** **Melanie R. Miller** . **Case No.** _____
        **Debtor**                                                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **14939650/3185069** <br><br> **Salvatore Spinelli, Esq.** <br> **135 Maxess Rd., Ste 2B** <br> **Melville NY 11747** | | W | **02/09/2004** <br><br> **Certgy Check Services** | | X | | **61.85** |
| ACCOUNT NO. **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** <br><br> **Seattle Pacific** <br> **3307 Third Avenue West** <br> **Seattle, WA 98119** | | | **06/01/2002** <br><br> **Financial Aid** | | X | | **12,936.35** |
| ACCOUNT NO. **OSI Gulf 194302400** <br><br> **Sherman Acquisition** <br> **POBox 740281** <br> **Houston TX 77274** | | W | **03/01/2004** <br><br> **OSI/Gulf Staate/AT&T/Broadband** | | X | | **65.00** |
| ACCOUNT NO. **372818** <br><br> **Shirley Andrews** <br> **12720 Gateway Drive** <br> **Seattle WA 98168** | | W | **10/01/1998** | | X | | **90.00** |
| ACCOUNT NO. <br><br> **Sprint** <br> **PO Box 740602** <br> **Cincinnati, OH  45274** | | | **Telephone Service** | | X | | **205.00** |

Sheet no. 13 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) | **$13,358.20**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re**   **Bryan F. Miller**          **Melanie R. Miller**               .   **Case No.** _____
          **Debtor**                                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**St. Joseph Parish**<br>**5411 South Main Street**<br>**Sylvania, OH 43560** | | H | **10/13/2003**<br><br>**Tuition for Cameron** | | X | | **3,509.50** |
| ACCOUNT NO.<br><br>**Surpas National Communication**<br>**3120 Hayes Rd., Suite 200**<br>**Houston, TX 77082** | | | **Electric Service** | | X | | **223.00** |
| ACCOUNT NO.   **14637**<br><br>**Sylvania Veterinary Hospital Inc.**<br>**5227 South Main Street**<br>**Sylvania, OH 43560** | | W | **10/02/2003**<br><br>**Veterniary Services** | | X | | **1,517.13** |
| ACCOUNT NO.   **14790001494526**<br><br>**The Andersons**<br>**2821 N. Holland Sylvania Rd**<br>**Toledo OH 43635** | | H | **09/01/2001**<br><br>**Misc. Purchases** | | X | | **236.00** |
| ACCOUNT NO.<br><br>**Tim J. Medford**<br>**11127 Quail Pass**<br>**San Antonio, Tx 78249** | | W | **12/21/2003**<br><br>**NSF Check** | | X | | **42.90** |

Sheet no. 14 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)   **$5,528.53**

Total ➢
**(Use only on last page of the completed Schedule F.)**

04-32970-maw   Doc 1   FILED 04/15/04   ENTERED 04/15/04 10:34:04   Page 27 of 62

Form B6F - Cont.
(12/03)

In re  **Bryan F. Miller**                       **Melanie R. Miller**                ,    Case No.  _____

             **Debtor**                                                            **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **11-00-18-5813-2-9**<br>**Toledo Edison**<br>**PO Box 3638**<br>**Akron, OH 44309-3638** | | H | **03/23/2004**<br>**Utilities** | | X | | **874.37** |
| ACCOUNT NO.  **MILLERME**<br>**Toledo Mud Hens Baseball Club, Inc.**<br>**Fifth Third Field**<br>**406 Washington St.**<br>**Toledo, OH 43604** | | W | **02/29/2004**<br>**Fees** | | X | | **23.27** |
| ACCOUNT NO.  **23778043643**<br>**Total Recovery**<br>**5151 Monroe St.**<br>**Toledo, OH 43623** | | H | **01/01/2004**<br>**Family Video** | | X | | **188.00** |
| ACCOUNT NO.  **42273-29500**<br>**Total Recovery Services, Inc.**<br>**5151 Monroe St.**<br>**P.O. Box 8748**<br>**Toledo, OH 43623** | | W | **11/20/2003**<br>**Sylvania Veterinary Hospital** | | X | | **342.88** |
| ACCOUNT NO.  **41857-23778**<br>**Total Recovery Services, Inc.**<br>**P.O. Box 8748**<br>**Toledo, OH 43623** | | H | **01/07/2004**<br>**BFI Waste Systems, Marco's Pizza, Family Video** | | X | | **268.82** |

Sheet no. _15_ of _20_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$1,697.34**

Total ➤

**(Use only on last page of the completed Schedule F.)**

**In re**    **Bryan F. Miller**        **Melanie R. Miller**      ,    **Case No.** _____

       **Debtor**                                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3504027350636**<br><br>**TRS Recover Services, INc.**<br>**PO Box 17170**<br>**Denver, CO 80217-0170** | | W | **12/26/2003**<br><br>**Abercrombie and Fitch NSF** | | X | | **129.94** |
| ACCOUNT NO. **35401060735437**<br><br>**TRS Recovery Services, Inc.**<br>**PO Box 60022**<br>**City of INdustry, CA 91716-0022** | | W | **12/26/2003**<br><br>**Express Womens** | | X | | **25.00** |
| ACCOUNT NO. **40032134008934**<br><br>**TRS Recovery Services, Inc.**<br>**PO Box 17170**<br>**Denver, CO 80217-0170** | | W | **09/12/2003**<br><br>**Bebe Stores NSF** | | X | | **133.65** |
| ACCOUNT NO. **317400001995139**<br><br>**Trugreen Chemlawn**<br>**2821 N Holland Sylvania Rd.**<br>**Toledo OH 43635** | | H | **01/01/2003**<br><br>**Lawn Service** | | X | | **93.00** |
| ACCOUNT NO. **4798-2640-2056-5909**<br><br>**U.S. Bancorp**<br>**P.O. Box 6343**<br>**Fargo, ND 58125-6343** | | H | **10/27/2003**<br><br>**Misc. Purchases** | | X | | **6,404.07** |

Sheet no. 16 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

       Subtotal ➤                **$6,785.66**
(Total of this page)

       **Total** ➤

**(Use only on last page of the completed Schedule F.)**

04-32970-maw    Doc 1    FILED 04/15/04    ENTERED 04/15/04 10:34:04    Page 29 of 62

Form B6F - Cont.
(12/03)

In re **Bryan F. Miller**        **Melanie R. Miller**        .    Case No.
               **Debtor**        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CITIB988200564729635**<br>**Unifund Company**<br>**11802 Corey Rd.**<br>**Cincinnati, OH  45249**<br><br>**H & S Financial**<br>**804 Office Park Circle**<br>**Lewisville, TX 75057** | | W | **01/01/2002**<br>**Misc. Purchases**<br>**Citibank AT & T Universal** | | X | | **1,116.00** |
| ACCOUNT NO. **6498918**<br>**United Collection Bureau**<br>**5620 Southwyck Blvd. Ste. 206**<br>**Toledo, OH  43614** | | H | **09/01/2002**<br>**Toledo Hospital** | | X | | **25.00** |
| ACCOUNT NO. **8866860**<br>**United Collection Bureau**<br>**5620 Southwyck Blvd. Ste. 206**<br>**Toledo, OH  43614** | | H | **09/01/2002**<br>**WPS Energy Services** | | X | | **131.00** |
| ACCOUNT NO. **5796650**<br>**United Collection Bureau**<br>**5620 Southwyck Blvd. Ste. 206**<br>**Toledo, OH  43614** | | W | **09/01/2002**<br>**Toledo Hospital** | | X | | **47.00** |
| ACCOUNT NO. **6737021**<br>**United Collection Bureau**<br>**5620 Southwyck Blvd. Ste. 206**<br>**Toledo, OH  43614** | | W | **04/01/2001**<br>**Flower Hospital** | | X | | **25.00** |

Sheet no. 17 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page) **$1,344.00**

Total ➤
**(Use only on last page of the completed Schedule F.)**

**In re** **Bryan F. Miller**     **Melanie R. Miller** ,     **Case No.** _____
                    **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **70803266** <br><br>**United Collection Bureau 5620 Southwyck Blvd. Ste. 206 Toledo, OH 43614** | | W | **08/01/2001** <br><br>**Promedica Physicians of Michigan** | | X | | **301.00** |
| ACCOUNT NO. **6815101** <br><br>**United Collection Bureau 5620 Southwyck Blvd. Ste. 206 Toledo, OH 43614** | | H | **10/01/2002** <br><br>**Flower Hospital** | | X | | **24.00** |
| ACCOUNT NO. **1130089** <br><br>**United Collection Bureau 5620 Southwyck Blvd. Ste. 206 Toledo, OH 43614** | | H | **02/01/2004** <br><br>**Toledo Hosopital** | | X | | **25.00** |
| ACCOUNT NO. **5796650** <br><br>**United Collection Bureau 5620 Southwyck Blvd. Ste. 206 Toledo, OH 43614** | | H | **09/01/2002** <br><br>**Toledo Hopsital** | | X | | **47.00** |
| ACCOUNT NO. **8404559** <br><br>**United Collection Bureau 5620 Southwyck Blvd. Ste. 206 Toledo, OH 43614** | | H | **07/01/2002** <br><br>**Toledo Hopsital** | | X | | **100.00** |

Sheet no. 18 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢
(Total of this page)

**$497.00**

**Total** ➢
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

**In re**  **Bryan F. Miller**          **Melanie R. Miller**          , **Case No.** _____

          **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8949371** <br><br>**United Collection Bureau**<br>**5620 Southwyck Blvd. Ste. 206**<br>**Toledo, OH  43614** | | H | **11/01/2002**<br><br>**Flower Hopsital** | | X | | **487.00** |
| ACCOUNT NO. **10114698** <br><br>**United Collection Bureau**<br>**5620 Southwyck Blvd.**<br>**Toledo, OH  43614** | | H | **05/01/2003**<br><br>**Promedica Physicians Corp.** | | X | | **93.00** |
| ACCOUNT NO. **079005** <br><br>**V/Gladieux Enterprises, Inc.**<br>**PO Box 12589**<br>**3400 Exectuive Pkwy.**<br>**Toledo, OH  43606-0189** | | W | **03/08/2004**<br><br>**Misc. Purchases** | | X | | **100.80** |
| ACCOUNT NO. **30046563044800001** <br><br>**Verizon Wireless**<br>**10734 International Drive**<br>**Rancho Cardova CA 95670** | | H | **03/01/2004**<br><br>**Cell Phone** | | X | | **53.00** |
| ACCOUNT NO. **30056564425000001** <br><br>**Verizon Wireless**<br>**10734 International Dr.**<br>**Rancho Cordova CA 95670** | | W | **03/01/2004**<br><br>**Phone Service** | | X | | **123.00** |

Sheet no. 19 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)     **$856.80**

Total ➢
**(Use only on last page of the completed Schedule F.)**

**In re**  **Bryan F. Miller**  **Melanie R. Miller**  , **Case No.** _____

**Debtor**  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **41252164** <br><br> **Verizon Wireless** <br> **5175 Emerald Pkwy** <br> **Dublin OH 43017** | | H | **02/01/2004** <br><br> **Telephone** | | X | | **965.00** |
| ACCOUNT NO. **MILL06** <br><br> **West Side Montessori Center** <br> **2105 N. McCord Road** <br> **Toledo, OH 43615** | | J | **12/15/2003** <br><br> **Tuition & Child Care for Jordan** | | X | | **3,030.16** |
| ACCOUNT NO. **328717756** <br><br> **WFNNB/Express** <br> **PO Box 330066** <br> **Northglenn, CO 80233** | | W | **05/01/2002** <br><br> **Charge Account** | | X | | **1,043.00** |
| ACCOUNT NO. <br><br> **WMCA of Greater Toledo** <br> **2100 S. Holland-Sylvania Rd.,** <br> **Maumee, OH 43537** | | W | **12/16/2003** <br><br> **NSF - Check** | | X | | **70.00** |
| ACCOUNT NO. <br><br> **Yark Automotive Group** <br> **6019 W. Central Avenue** <br> **Toledo, OH 43615** | | | **CVI030398** | | X | | **500.00** |

Sheet no. 20 of 20 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ (Total of this page)  **$5,608.16**

Total ➢ **$71,917.33**

**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

**In re:**  **Bryan F. Miller**          **Melanie R. Miller**          ,     **Case No.** _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    ☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

**In re:** __Bryan F. Miller__                    __Melanie R. Miller__        ,    **Case No.** _____
                    **Debtor**                                                            **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Phyllis Keith**<br>**4635 Dovewood**<br>**Sylvania, OH  43560** | **Chrysler Financial**<br>**PO Box 215437**<br>**Auburn Hills MI 48321** |

Form B6I
(12/03)

**In re**    **Bryan F. Miller, Melanie R. Miller**                , **Case No.** _____

                                    **Debtor**                                    **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age: **35** Spouse's Age: **31** | RELATIONSHIP **son** **son** | | AGE **6** **4** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Program Manager** | **Registered Nurse** |
| Name of Employer | **KYB Manuf.** | **Toledo Hospital** |
| How long employed | **5 months** | **1 Year** |
| Address of Employer | **34405 W. Twelve Mile Rd.** **Farmington Hills, MI** | **2142 North Cove Blvd.** **Toledo, OH 43606** |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ **6,000.00** | $ **1,666.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **6,000.00** | $ **1,666.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **1,800.00** | $ **416.50** |
| b. Insurance | $ **980.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify)   **401K** | $ **485.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **3,265.00** | $ **416.50** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **2,735.00** | $ **1,249.50** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **2,735.00** | $ **1,249.50** |

TOTAL COMBINED MONTHLY INCOME     **$ 3,984.50**     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:     **NONE**

**In re**  **Bryan F. Miller, Melanie R. Miller** ,  **Case No.** _____

**Debtor**  **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,400.00 |
| Are real estate taxes included?  Yes _____  No ✓ | | |
| Is property insurance included?  Yes _____  No ✓ | | |
| Utilities  Electricity and heating fuel | $ | 400.00 |
| Water and sewer | $ | 100.00 |
| Telephone | $ | 75.00 |
| Other  **Cable Vision** | $ | 85.00 |
| **Cell Phones (2)** | $ | 180.00 |
| Home maintenance (repairs and upkeep) | $ | 100.00 |
| Food | $ | 600.00 |
| Clothing | $ | 125.00 |
| Laundry and dry cleaning | $ | 25.00 |
| Medical and dental expenses | $ | 50.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 80.00 |
| Life | $ | 0.00 |
| Health | $ | 50.00 |
| Auto | $ | 650.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Real Estate Taxes Including Arrears (est)** | $ | 300.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 480.00 |
| Other | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other  **Tuition-St. Joseph's** | $ | 420.00 |
| **Tuition-West Side Montessori** | $ | 500.00 |
| | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 6,020.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each | $ | _____ |

(interval)

Official Form 6 - Cont .
(12/03)

In re: **Bryan F. Miller**          **Melanie R. Miller**          ,          Case No. _____
          **Debtor**                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          **34**
                                                                                    (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **4/15/04** _____          Signature: **/s/ Bryan F. Miller** _____
                                                        **Bryan F. Miller**

Date: **4/15/04** _____          Signature: **/s/ Melanie R. Miller** _____
                                                        **Melanie R. Miller**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Ohio**

In re:  **Bryan F. Miller**          **Melanie R. Miller**          Case No. _____

**1284**                              **0472**                        Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **65,000.00** | **Wages - Husband** | **2002** |
| **0.00** | **Wages - Wife** | **2002** |
| **20,000.00** | **Wages - Wife** | **2003** |
| **70,000.00** | **Wages - Husband** | **2003** |

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

None
☑

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Yark Automotive Group vs. Bryan F. Miller** <br> **CVI 0300398** | **Civil - Collection** | **Sylvania Municipal Court** <br> **6700 Monroe St.** <br> **Sylvania, OH 43560** | **Pending** |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lydy & Moan**<br>**4930 Holland-Sylvania Road**<br>**Sylvania, OH 43560** | **03/30/04** | **400.00 (Fees and Costs)** |

### 10. Other transfers

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.      List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑

a.　　If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.　　Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☑

| NAME | ADDRESS |
|---|---|

## 19. Books, records and financial statements

None ☑

a.　List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

b.　List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

c.　List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑

| NAME | ADDRESS |
|---|---|

d.　List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

None ☑

NAME AND ADDRESS                    DATE ISSUED

## 20. Inventories

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

None ☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

None ☑

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

None ☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six -year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **4/15/04**          Signature of Debtor **/s/ Bryan F. Miller**
**Bryan F. Miller**

Date **4/15/04**          Signature of Joint Debtor **/s/ Melanie R. Miller**
**Melanie R. Miller**

Official Form 8
( 12/03)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Ohio

In re: **Bryan F. Miller**      **Melanie R. Miller**      Case No. _____

**1284**      **0472**      Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property To Be Surrendered.*

   Description of Property          Creditor's Name

   **1.   1999 Cadillac Catera**          **Drive Financial Services, LP**

   b. *Property To Be Retained.*          *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| 1. 2003 Jeep Liberty | Chrysler Financial | | | X | |
| 2. 7740 Spring Haven Holland, Ohio 43528 | Fairbanks Capital Corp. | | | X | |

Date:   **4/15/04**            **/s/ Bryan F. Miller**
                                                   Signature of Debtor

Date:   **4/15/04**            **/s/ Melanie R. Miller**
                                                   Signature of Joint Debtor

In re:  **Bryan F. Miller**    **Melanie R. Miller**    Case No. _____

Chapter  **7**

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **600.00** |
| Prior to the filing of this statement I have received | $ | **200.00** |
| Balance Due | $ | **400.00** |

2. The source of compensation paid to me was:

☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **4/15/04** _____

**/s/ Steven M. Burke** _____
**Steven M. Burke, Bar No.  0001187**

**Lydy & Moan**
Attorney for Debtor(s)

---

## UNITED STATES BANKRUPTCY COURT
### NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition.  The bankruptcy law is complicated and not easily described.  Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court.  Court employees are prohibited from giving you legal advice.

### Chapter 7:  Liquidation  ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.  After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

### Chapter 11:  Reorganization  ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer  ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| **4/15/04** | **/s/ Bryan F. Miller** | |
| Date | Signature of Debtor | Case Number |
| **4/15/04** | **/s/ Melanie R. Miller** | |
| Date | Signature of  Joint Debtor | |

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Ohio**

In re:    **Bryan F. Miller**              **Melanie R. Miller**        Case No. _____

       **1284**                   **0472**        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **12** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **4/15/04**_____                         Signed:  **/s/ Bryan F. Miller**_____

                                                              **Bryan F. Miller**

Signed:  **/s/ Steven M. Burke**_____      Signed:  **/s/ Melanie R. Miller**_____

        **Steven M. Burke**                               **Melanie R. Miller**

        Bar No.    **0001187**

A  &T Wireless
PO Box 8758
Portland OR 97207


A T & T Credit Mgmt.
PO Box 57907
Murray UT 84157


Arrow Financial Serv.
5996 W. Touhy Ave
Niles, IL 60714


Asset Acceptance LLC
P.O. Box 318035
Cleveland, OH 44131-8035


Asset Acceptance LLC
PO Box 318035
Cleveland, OH  44131
Bloomington, IL 61702-3427


Associate/Citifiancial
110 Lake Drive
Newark, DE 19702


Bennet & DeLoney P.C.
PO Box 190
Midvale UT 84047-1090


BFI Waste System
5151 Monroe St.
Toledo, OH  43623


BGSU
Office of the Bursar
P.O. Box 993
Bowling Green, OH 43402-0993

Blanchard
P.O. Box 1100
Holland, OH 43528


Buckeye CableSystems
5566 Southwyck Blvd.
Toledo, OH 43614


CAMCO
P.O. Box 5087
Rockford, IL 61125


Carefree Irrigation Inc.
4220 Weckery Rd.
Moncolva, OH 43542


CBCS
236 E. Town St.
Columbus, OH 43215


CBCS
PO Box 1838
Columbus, OH 43216-1838


CBSC
PO Box 1838
Columbus, OH 43216-1838


Certegy Payment Recover Services, Inc.
11601 Roosevelt Blvd.
St. Petersburg, FL 33716


CFC Financial LLC
PO Box 2038
Warren MI 48090

CFC Financial LLC
P.O. Box 318038
Cleveland, OH 44131-8038

Childrens Hospital
236 E. Town St.
Columbus, OH  43215

Chrysler Financial
PO Box 215437
Auburn Hills MI 48321

Collection Company
700 Longwater Dr.
Norwell MA 02061

Collecto/Credit PAC
P.O. Box 608
Tinley Park, IL 60477-0608

Dept. of Public Utilities
Ohio Building
420 Madison Ave. Ste. 100
Toledo, OH 43667-0001

Drive Financial Services, LP
P.O. Box 660633
Dallas, TX 75266-0633

EDUSRV/SPU
PO Box 3176
Winston-Salem, NY 27102

Emergency Medi
5620 Southwyck Blvd.
Toledo, OH  43614

Emergency Phys. of NW Ohio
P.O. Box 1397
Toledo, OH 43603-1397
Toledo, OH 43635-1297


Enterprise Recovery Systems, Inc.
2400 South Wolf Road
Suite 200
Westchester, IL 60154


ER Solutions
500 SW 7th St.
Renton, Wa 98055


Fairbanks Capital Corp.
Loan Servicing Center
PO Box 551170
Jacksonville, FL   32255-1170


Finance System of Toledo, Inc.
2821 N. Holland-Sylvania Rd.
P.O. Box 351297
Toledo, OH 43635-1297


Finance Systems of Toledo, Inc.
2821 N. Holland-Sylvania
PO Box 351297
Toledo, OH   43635


Finance Systems of Toledo, Inc.
2821 N. Holland-Sylvania Rd.
Toledo, Ohio 43615


First Federal Credit Control, Inc.
24700 Chagrin Blvd., - Suite 205
Cleveland, OH   44122-5662


First National Collection Bureau, Inc.
3631 Warren Way
Reno, NV 89509

Flower Hopsital
5620 Southwyck Blvd.
Toledo, OH  43614


General Audit Corp.
2244 Banton Rouge
Lima, OH  45805


H & S Financial
804 Office Park Circle
Lewisville, TX 75057


Imperial Collection Services
PO Box 369
Concord, CA  94522


James S. Nowak
Counselor at Law
4808 N. Summit St.
Toledo, OH  43611-2858


JBC & Associates
2 Borad St. Fl 6
Bloomfield NJ 07003


JBC Legal Group, P.C.
2 Broad Street 6th Floor
Bloomfield NJ 07003-2550


JBC Legal Group, P.C>
2 Broad Street 6th Floor
Bloomfield, NJ 07003-2550


JBC Legal Group, PC
2 Broad Street 6th Floor
Bloomfield, NJ 07003-2550

JP Recovery Services, Inc.
P.O. Box 16749
Rocky River, OH 44116-0749


Kmart Recovery Services
PO Box 8130
Palatine, IL 60078-8130


Marco's
236 E. Town St.
Columbus, OH  43215


MCI Residential Service
P.O. Box 17890
Denver, CO 80217-0890


Mead & Associates, Inc.
737 Enterprise Dr.
Westerville, OH  43081-8885


Medical College of Ohio
Student Accounts Office
3045 Arlington Avenue
Toledo, OH 43614-5805


Meijer, Inc.
P.O. Box 3638
Grand Rapids, MI 49501-3638


Merchants ME
PO Box 7416
Bellevue WA 98088


Microsoft
P.O. Box 12609
Tucson, AZ 85732-2609

Midland Credit Mgmt
5775 Roscoe Ct.
Sandiego, CA 92123

National Revenue Corp.
PO Box 182965
Columbus, OH  43218

Northland Group Inc.
P.O. Box 390846
Edina, MN 55439

NW Education Loans
190 Queen Anne Ave N
Seattle WA 98109

Papa John
236 E. Town St.
Columbus, OH 43215

Paul S. Kozy DDS
3349 Executive Pkwy.
Toledo, OH 43606

PGAC of OHIO
P.O. Box 305076
Nashville, TN 37230-5076

Phyllis Keith
4635 Dovewood
Sylvania, OH  43560

Professional Em
2821 N. Holland Sylvania Rd.
Toledo OH  43635

Progressive Management Systems
PO Box 2220
West Covina, CA 91793-9917


Promedica Central Physicians
P.O. Box 742518
Cincinnati, OH 45274-2518


Promedica Physicians
5855 Monroe St.
Sylvania, OH  43560


Providian Financial
PO Box 9180
Pleasanton CA 94566


Puget Sound Ene
500 SW 7th St.
Renton WA  98055


Ray T. Kest, Treasurer
Lucas County
One Govern Ctr., Ste. 500
Toledo, OH  43604


Richard F. Michalak
316 N. Michigan St., Ste. 325
Toledo, OH 43624-1627


Richard R. Della Croce, Esq.
PO Box 1067
Orland Park, IL 60462


Risk Management Alternatives, Inc.
2420 Sweethome Rd., Ste. 150
Amherst, NY 14228-9516

Risk Management Alternatives, Inc.
1500 Commerce Drive
Mendota Heights, MN 55120

Salle Mae erd Pty LSC
1002 Arthur Dr.
Lynn Haven, FL  32444

Salvatore Spinelle, Esq.
135 Maxess Rd. Suite 2B
Melville NY 11747

Salvatore Spinelli, Esq.
135 Maxess Rd., Ste 2B
Melville NY 11747

Seattle Pacific
3307 Third Avenue West
Seattle, WA 98119

Sherman Acquisition
POBox 740281
Houston TX 77274

Shirley Andrews
12720 Gateway Drive
Seattle WA 98168

Sprint
PO Box 740602
Cincinnati, OH  45274

St. Joseph Parish
5411 South Main Street
Sylvania, OH 43560

Surpas National Communication
3120 Hayes Rd., Suite 200
Houston, TX 77082


Sylvania Veterinary Hospital Inc.
5227 South Main Street
Sylvania, OH 43560


The Andersons
2821 N. Holland Sylvania Rd
Toledo OH  43635


Tim J. Medford
11127 Quail Pass
San Antonio, Tx 78249


Toledo Edison
PO Box 3638
Akron, OH  44309-3638


Toledo Mud Hens Baseball Club, Inc.
Fifth Third Field
406 Washington St.
Toledo, OH  43604


Total Recovery
5151 Monroe St.
Toledo, OH  43623


Total Recovery Services, Inc.
5151 Monroe St.
P.O. Box 8748
Toledo, OH 43623


Total Recovery Services, Inc.
P.O. Box 8748
Toledo, OH 43623

TRS Recover Services, INc.
PO Box 17170
Denver, CO 80217-0170

TRS Recovery Services, Inc.
PO Box 17170
Denver, CO 80217-0170

TRS Recovery Services, Inc.
PO Box 60022
City of INdustry, CA 91716-0022

Trugreen Chemlawn
2821 N Holland Sylvania Rd.
Toledo OH   43635

U.S. Bancorp
P.O. Box 6343
Fargo, ND 58125-6343

Unifund Company
11802 Corey Rd.
Cincinnati, OH   45249

United Collection Bureau
5620 Southwyck Blvd. Ste. 206
Toledo, OH   43614

United Collection Bureau
5620 Southwyck Blvd.
Toledo, OH   43614

V/Gladieux Enterprises, Inc.
PO Box 12589
3400 Exectuive Pkwy.
Toledo, OH   43606-0189

Verizon Wireless
10734 International Dr.
Rancho Cordova CA 95670


Verizon Wireless
10734 International Drive
Rancho Cardova CA 95670


Verizon Wireless
5175 Emerald Pkwy
Dublin OH 43017


West Side Montessori Center
2105 N. McCord Road
Toledo, OH 43615


WFNNB/Express
PO Box 330066
Northglenn, CO 80233


WMCA of Greater Toledo
2100 S. Holland-Sylvania Rd.,
Maumee, OH  43537


Yark Automotive Group
6019 W. Central Avenue
Toledo, OH  43615